UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                              Plaintiff,

v.                                              Case No. 2:19–cr–20100–NGE–DRG
                                                Hon. Nancy G. Edmunds

Jermaine Matthews, et al.,

                              Defendant(s),

_____

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:  Jermaine Matthews, Donzell Coats, Tamara Rose and Marian Meade

    The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 17, 2019 at 11:00 AM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/L. Bartlett_____
                                    Case Manager

Dated:  March 27, 2019